WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br>vs.<br><br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00242-JAD-VCF<br><br>**STIPULATION TO CONTINUE DEADLINES** |

Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14 ("Plaintiff" or "Deutsche Bank"), by and through its counsel of record; Defendant, Eddie Haddad, by and through its counsel of record; and Defendant, Wexford Village Homeowners Association, by and through its counsel of record, hereby stipulate as follows:

1. This Court ordered that the stay be lifted on September 24, 2018 [ECF No. 32];
2. Counsel for the parties met and conferred on October 22, 2018, concerning a proposed scheduling order pursuant to FRCP 26-1;
3. That the parties requested additional time to schedule a party representative attend a meet and confer and submit a proposed scheduling;
4. That the parties request an additional one (1) week to hold the meet and confer

conference with a party representative, which must be completed by November 9, 2018;

5. That the parties will submit a proposed scheduling order no later than November 13, 2018.

6. That defendant Eddie Haddad shall have until November 16, 2018, to file a renewed motion to dismiss.

IT IS SO STIPULATED AND AGREED.

DATED this 2nd day of November, 2018.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Christopher A.J. Swift, Esq.*
Christopher A. J. Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2*

DATED this 2nd day of November, 2018.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ *Adam R. Trippiedi, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
*Attorneys for Defendant, Eddie Haddad*

DATED this ___ day of November, 2018.

PENGILLY LAW FIRM

*No Response*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
*Attorneys for Defendant, Wexford Village Homeowners Association*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
November 6, 2018