WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br>vs.<br><br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00242-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO WEXFORD VILLAGE HOMEOWNERS ASSOCIATION'S MOTION TO DISMISS [ECF 49]**<br><br>**(FIRST REQUEST)** |

Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14 ("Plaintiff"), by and through its counsel of record; Defendant, Eddie Haddad, by and through its counsel of record; and Defendant, Wexford Village Homeowners Association, by and through its counsel of record, hereby stipulate to extend the deadline for Plaintiff to file its response to Wexford Village Homeowners Association's Motion to Dismiss [ECF 49], to January 4, 2019. Due to the holiday schedule, the parties agree to extend the deadline for Plaintiff's opposition which is currently due to be filed on or before January 2, 2019 to January 4, 2019.

///

///

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 2nd day of January, 2019.                DATED this 2nd day of January, 2019.

WRIGHT, FINLAY & ZAK, LLP                           LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Christopher A.J. Swift, Esq.*                  /s/ *Adam R. Trippiedi, Esq.*
Christopher A. J. Swift, Esq.                       Michael F. Bohn, Esq.
Nevada Bar No. 11291                                Nevada Bar No. 1641
7785 W. Sahara Ave., Suite 200                      Adam R. Trippiedi, Esq.
Las Vegas, NV 89117                                 Nevada Bar No. 12294
*Attorney for Plaintiff, Wilmington Trust,*         2260 Corporate Circle, Ste. 480
*National Association, not in its individual*       Henderson, Nevada 89074
*capacity but as Trustee of ARLP*                   *Attorneys for Defendant, Eddie Haddad*
*Securitization Trust, Series 2014-2*

DATED this 2nd day of January, 2019.

LEACH, KERN, GROUCH, ANDERSON, SONG

*/s/ Ryan D. Hastings, Esq.*
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant, Wexford Village Homeowners Association*

### **ORDER**

IT IS SO ORDERED.

Dated: January 2, 2019.

_____
UNITED STATES DISTRICT JUDGE