WRIGHT, FINLAY & ZAK, LLP
Christopher Alan James Swift, Esq.
Nevada Bar No. 11291
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
cswift@wrightlegal.net
*Attorney for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br>vs.<br><br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00242-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITION TO DISPOSITIVE MOTIONS**<br><br>**(FIRST REQUEST)** |

Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14 ("Plaintiff"), by and through its counsel of record; Defendant, Eddie Haddad ("Haddad"), by and through its counsel of record; and Defendant, Wexford Village Homeowners Association ("Wexford HOA")(collectively, the "Parties"), by and through its counsel of record, hereby stipulate to extend the deadline to file oppositions to dispositive motions, to June 28, 2019.

The parties agree to extend the deadline to file an opposition to Eddie Haddad's Motion for Summary Judgement [ECF No. 62] which is currently due to be filed on or before June 7, 2019; and the deadline to file an opposition to Wexford Village Homeowners' Association's Motion for Summary Judgement [ECF No. 65] which is currently due to be filed on or before

June 14, 2019 to June 28, 2019, to allow additional time explore settlement possibilities. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED this 6th day of June, 2019.<br>WRIGHT, FINLAY & ZAK, LLP | DATED this 6th day of June, 2019.<br>LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| */s/ Christopher A.J. Swift, Esq.*<br>Christopher A. J. Swift, Esq.<br>Nevada Bar No. 11291<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Plaintiff, Wilmington Trust, National Association, not in its individual capacity but as Trustee of ARLP Securitization Trust, Series 2014-2* | /s/ *Adam R. Trippiedi, Esq.*<br>Michael F. Bohn, Esq.<br>Nevada Bar No. 1641<br>Adam R. Trippiedi, Esq.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Ste. 480<br>Henderson, Nevada 89074<br>*Attorneys for Defendant, Eddie Haddad* |

DATED this 6th day of June, 2019.
LEACH, KERN, GROUCH, ANDERSON, SONG

*/s/ Ryan D. Hastings, Esq.*
Ryan D. Hastings, Esq.
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128
*Attorneys for Defendant, Wexford Village Homeowners Association*

## ORDER

IT IS SO ORDERED.

Dated: June 7, 2019.

_____
UNITED STATES DISTRICT JUDGE