# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br><br>vs.<br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | 2:17-cv-00242-JAD-VCF<br>**ORDER** |

Before the court is the Notice of Settlement (ECF NO. 80).

Accordingly,

IT IS HEREBY ORDERED that the settlement conference scheduled for November 13, 2019, is VACATED.

IT IS FURTHER ORDERED that the parties must file a proposed stipulation and order for dismissal or before January 7, 2020.

DATED this 7th day of November, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE