# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br><br>vs.<br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | 2:17-cv-00242-JAD-VCF<br>**ORDER** |

Before the court is the DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14 v. EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION, case number 2:17-cv-00242-JAD-VCF.

The parties have notified the court that they have reached a settlement. No proposed stipulation and order for dismissal has been filed.

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 11:00 AM, January 21, 2020, in Courtroom 3D. The status hearing will be vacated upon the filing of a proposed stipulation and order for dismissal.

DATED this 8th day of January, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE