WRIGHT, FINLAY & ZAK, LLP
Michael S. Kelley, Esq.
Nevada Bar No. 10101
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
mkelley@wrightlegal.net
*Attorney for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Plaintiff,<br>vs.<br><br>EDDIE HADDAD; WEXFORD VILLAGE HOMEOWNERS ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-00242-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 84 |
| EDDIE HADDAD,<br><br>Counter-Claimant,<br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR14,<br><br>Counter-Defendant. | |

Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14 ("Deutsche Bank"), and Defendant, Eddie Haddad ("Haddad"), (collectively, the "Parties"), by and through their undersigned attorneys hereby stipulate to dismiss with prejudice, each party

shall bear its own attorney's fees and costs; and

**IT IS SO STIPULATED.**

| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD. |
| */s/ Michael S. Kelley* | */s/ Michael F. Bohn* |
| Michael S. Kelley, Esq. | Michael F. Bohn, Esq. |
| Nevada Bar No. 10101 | Nevada Bar No.: 1641 |
| 7785 W. Sahara Ave., Suite 200 | 2260 Corporate Circle, Ste. 480 |
| Las Vegas, NV 89117 | Henderson, Nevada 89074 |
| *Attorneys for Plaintiff, Deutsche Bank National Trust Company as Trustee for IndyMac Indx Mortgage Loan Trust 2006-AR14, Mortgage Pass-Through Certificates Series 2006-AR14* | *Attorneys for Defendant, Eddie Haddad* |

## ORDER

Based on the parties' stipulation **[ECF No. 84]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED: 2-4-2020 _____